UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America, | C/A No.: 6:02-cr-00381-GRA-1 |
| v. | **ORDER**<br>(Written Opinion) |
| Robert Anthony Booker, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Reconsideration, filed on April 4, 2008. The defendant asks the Court to reconsider the sentence it imposed on the defendant in the March 28, 2008 Judgment and Commitment Order, which sentenced the defendant to a term of imprisonment of six (6) months. Specifically, Defendant requests that the Court impose a sentence of "time served".

After reviewing the instant motion and the record, the Court GRANTS the defendant's motion.

IT IS THEREFORE ORDERED that Defendant's Motion to Reconsider is GRANTED.

IT IS FURTHER ORDERED that the Judgment and Commitment Order, filed on March 28, 2008, be AMENDED to reflect a sentence of "time served", followed by four (4) years supervised release. All other parts of the Judgment and Commitment Order shall remain the same.

**IT IS SO ORDERED.**

*[signature: William W. Wilkins]*

The Honorable William W. Wilkins
Sitting by Designation

Greenville, South Carolina

April __9__, 2008

### NOTICE OF RIGHT TO APPEAL

Petitioner is hereby notified that he has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified within Rule 4, **will waive the right to appeal.**